# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DAVID HOLT II,** | CIVIL ACTION |
| Plaintiff, | |
| v. | No. 17-2511 |
| **COMMONWEALTH OF PENNSYLVANIA, et al.,** | |
| Defendants. | |

## ORDER

**AND NOW**, this 23rd day of May, 2018, upon consideration of the Motion to Dismiss for Lack of Jurisdiction, Improper Venue, and Failure to State a Claim by Defendants Commonwealth of Pennsylvania, Pennsylvania State Police, Marcus Brown, George Bivens, Edward Hoke, Wendell Morris, Gregory Bacher, Michael Troxell, David Cain, Anthony O'Hara, and Tyree Blocker (Doc. No. 14); the Motion to Dismiss by Frank Noonan (Doc. No. 15), Plaintiff David Holt's Responses (Doc. Nos. 16 and 17); and Plaintiff's Supplemental Memorandum (Doc. No. 18), it is hereby **ORDERED** that the Motions are **GRANTED IN PART** and **DENIED IN PART**, as follows:

1. Plaintiff's § 1983 claims in Counts I and II against Defendants Commonwealth of Pennsylvania, Pennsylvania State Police, Blocker, Noonan, Bivens, Hoke, and Bacher are **DISMISSED**.

2. Plaintiff's Title VII claims in Counts III and IV against Defendants Brown, Noonan, Bivens, Hoke, Morris, Bacher, Troxell, Cain, O'Hara, and Blocker are **DISMISSED**.

3. Plaintiff's PHRA claims in Count V against all Defendants, **except Cain**, are **DISMISSED**.

4. The Clerk of Court shall **TRANSFER** the remainder of the case to the United States District Court for the Middle District of Pennsylvania.

**BY THE COURT:**

/s/ Mitchell S. Goldberg

_____
**MITCHELL S. GOLDBERG,    J.**